UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

```
FILED
CLERK, U.S. DISTRICT COURT
APR 16 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

✓ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

| | |
|---|---|
| PATRICIA JONES, et al ) | |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. CV 01-9646 GHK(RCx) |
| vs. ) | |
| ) | ORDER OF DISMISSAL |
| ) | UPON SETTLEMENT |
| CITY OF LOS ANGELES, ) | |
| ) | |
| Defendants. ) | |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within 30 days**, to reopen the action if settlement is not consummated.

Dated: 4/16/03

GEORGE H. KING
U.S. DISTRICT JUDGE

```
ENTERED
CLERK, U.S. DISTRICT COURT
APR 17 2003
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY
```

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

